UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-20227-KMM

WINDY LUCIUS,

    Plaintiff,

v.

EL DORADO FURNITURE CORPORATION,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff WINDY LUCIUS ("Plaintiff") and Defendant EL DORADO FURNITURE CORPORATION ("Defendant") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and intend to file a Notice of Dismissal with Prejudice with the Court within sixty (60) days.

Dated: March 8, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Glenn M. Rissman* |
| J. Courtney Cunningham, Esq. | Glenn M. Rissman, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | STEARNS WEAVER MILLER WEISSLER |
| FBN: 628166 | ALHADEFF & SITTERSON, P.A. |
| 8950 SW 74th Court | FBN: 899526 |
| Suite 2201 | 200 East Las Olas Boulevard, Suite 2100 |
| Miami, FL 33156 | Fort Lauderdale, FL 33301 |
| T: 305-351-2014 | T: 954-462-9500 |
| cc@cunninghampllc.com | grissman@stearnsweaver.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.