UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:21-cv-20227-KMM

WINDY LUCIUS,

    Plaintiff,

v.

EL DORADO FURNITURE CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 10th day of May, 2021.

| | |
|---|---|
| *s/ J. Courtney Cuningham* | *s/ Glenn M Rissman* |
| J. Courtney Cunningham, Esq. | Glenn M. Rissman, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | Stearns Weaver Miller Weissler |
| 8950 SW 74th Court, suite 2201 | Alhadeff & Sitterson, P.A. |
| Miami, Florida 33156 | 200 East Las Olas Boulevard, Suite 2100 |
| Tel: (305) 351-2014 | Fort Lauderdale, Florida 33301 |
| Fax: (786) 513-7700 | Tel: (954) 462.9500 |
| E-mail: cc@cunninghampllc.com | Fax: (954) 462.9567 |
| *Counsel for Plaintiff* | E-mail: grissman@stearnsweaver.com |
| | *Counsel for Defendant* |